IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Date: February 21, 2013 |
| Court Reporter:     Kara Spitler | |

Criminal Action No. 12-cr-00503-RBJ

*Parties*:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAUL GALVAN, and
DANIEL S. PRIETO,

    Defendants.

*Counsel*:

Jeremy Sibert

Brian Leedy
Jeffrey Edelman

COURTROOM MINUTES

**MOTIONS HEARING**

**Court in session:     3:00 p.m.**

Appearances of counsel.

Defendants appear in custody.

Opening remarks by the Court.

Mr. Sibert and Mr. Edelman address the Court regarding Mr. Edelman withdrawing Defendant, Daniel Prieto's Motion to Suppress Stop, Search and Seizure, Arrest, and Statements #[32].

**Plaintiff's Exhibits 1-17 are ADMITTED** for purposes of this hearing only.

Plaintiff's witness, Cody Mason, called and sworn.

3:08 p.m.     Direct examination of Mr. Mason by Mr. Sibert.

3:30 p.m.        Cross examination of Mr. Mason by Mr. Edelman.

**Defendant's Exhibit A is ADMITTED.**

3:55 p.m.        Redirect examination of Mr. Mason by Mr. Sibert.

Witness excused.

**Plaintiff's Exhibit 18 is ADMITTED.**

3:59 p.m.        Argument by Mr. Leedy as to Defendant Galvan's pending motions.

4:01 p.m.        Mr. Sibert addresses the Court.

4:02 p.m.        Continued argument by Mr. Leedy.

4:05 p.m.        Argument by Mr. Sibert.

4:19 p.m.        Argument by Mr. Sibert as to Defendant Prieto's motions.

4:34 p.m.        Argument by Mr. Edelman as to Defendant Prieto's motions.

4:40 p.m.        Argument by Mr. Sibert.

Mr. Edelman makes an oral motion regarding disclosure of defendant's prior convictions.

**ORDERED:** Saul Galvan's Motion for Bill of Particulars #[29] is GRANTED. The government shall detail its position on the specific firearms as they relate to each defendant no later than **February 27, 2013.**

**ORDERED:** Government to disclose the statements they intend to use from the jail phone calls no later than **February 27, 2013.**

**ORDERED:** Trial Preparation Conference continued from February 25, 2013 to **February 28, 2013 at 9:00 a.m.**

**ORDERED:** Saul Galvan's Motion in Limine to Preclude the Introduction of Evidence Relating to Drug and/or Drug Paraphernalia #[30] is DENIED.

**ORDERED:** Saul Galvan's Motion in Limine to Preclude the Introduction of Co-Defendant Statements, or in the Alternative to Sever Defendants #[31] is TAKEN UNDER ADVISEMENT. The Court will address this motion again at the February 28th proceeding.

**ORDERED:** Defendant, Daniel Prieto's Motion to Suppress Stop, Search and Seizure, Arrest, and Statements #[32] is DENIED.

**ORDERED:** Motion in Limine to Exclude Expert Testimony and for Sanctions #[33] is GRANTED IN PART AND DENIED IN PART.  Government to produce Messner's expert report no later than **February 27, 2013.**

**ORDERED:** Motion for Discovery Pursuant to Fed.R.Crim.P. Rule 16 and Additional Discovery in Furtherance of a F.R.E. Rule 702 Hearing, for an Order to Inspect the Testing Facilities and for a Hearing Pursuant to F.R.E. Rule 702 #[34] is GRANTED IN PART AND DENIED IN PART.

**ORDERED:** Motion for F.R.E. Rule 702 Pre-Trial Determination of the Experts Identified and/or To Be Called at Trial by the Government #[35] is GRANTED as to the fingerprint expert.  The Daubert Hearing is set **February 28, 2013 at 9:00 a.m.**

**ORDERED:** Motion to Release Grand Jury Transcripts, Jencks Materials and Law Enforcement Notes Before Trial and/or an Order that the Notes be Preserved #[36] is GRANTED.  Grand jury transcripts and Brady Material are ordered to be produced **three days prior to trial.**

**ORDERED:** Defendant, Prieto's Motion to Join Motions of Co-Defendant, Saul Galvan #[37] is GRANTED.

**ORDERED:** Motion to Restrict Access to Pursuant to D.C. COLO. Lcr 47.1 #[40] is GRANTED IN PART AND DENIED IN PART.  Subsections a and b are GRANTED; Subsections c and d are DENIED; Subsection f is DENIED IS MOOT.

**ORDERED:** Defendant, Prieto's Motion for Extension of Time #[44] is DENIED AS MOOT.

**ORDERED:** Defendant, Prieto's Motion to Adopt and Incorporate by Reference, Defendant Galvan's Motion in Limine to Preclude the Introduction of Evidence Relating to Drug and/or Drug Paraphernalia (Docket #30) #[45] is DENIED.

**ORDERED:** Defendant, Prieto's to Adopt and Incorporate by Reference, Defendant Galvan's Motion in Limine to Preclude the Introduction of Co-Defendant's Statements or in the Alternative to Sever Defendants (Docket #31) #[46] is GRANTED.

**ORDERED:** Motion for Extension of "Notice of Disposition" Deadline #[48] is GRANTED.  The deadline is extended to **February 27, 2013.**

**ORDERED:** Supplemental Motion in Limine to Exclude Expert Testimony and for Sanctions and/or Objection to Government's Expert Witnesses #[57] is GRANTED.

**ORDERED:**   Saul Galvan's Objection to Introduction of Evidence Pursuant to Fed. R. Evid. 404 (b) #[58] is GRANTED.

**ORDERED:**   Government may file a motion to reconsider the Court's ruling on Saul Galvan's Objection to Introduction of Evidence Pursuant to Fed. R. Evid. 404 (b) #[58] no later than **February 27, 2013.**

**ORDERED:**   Defendants remanded to the custody of the United States Marshal.

**Court in recess:**     5:16 p.m.

Hearing concluded.

Total time:     02:16